IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| **ALLIANCE DATA SYSTEMS CORPORATION**<br>17655 WATERVIEW PARKWAY<br>DALLAS, TX 75252<br><br>AND<br><br>**ADS ALLIANCE DATA SYSTEMS, INC.**<br>17655 WATERVIEW PARKWAY<br>DALLAS, TX 75252<br><br>AND<br><br>**LOYALTYONE, U.S., INC.**<br>438 University Ave. Suite 600<br>Toronto, ON M5G 2L1<br>CANADA<br><br>      Plaintiffs,<br><br>  v.<br><br>**RICK FERGUSON**<br>2918 Cortelyou Place<br>Cincinnati, OH 45213<br><br>      Defendant. | Case No. 1:10-cv-164<br><br>Judge |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first.  The obligation to disclose any changes will be continuing throughout the pendency of this case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:  Alliance Data Systems Corporation, ADS Alliance Data Systems, Inc., and LoyaltyOne, U.S., Inc.,

1. Are said parties parents, subsidiaries or other affiliates of a publicly owned corporation?

| **X** | **YES** |  | **NO** |

If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

Alliance Data Systems Corp. is a publicly owned corporation. ADS Alliance Data Systems, Inc. and LoyaltyOne, U.S., Inc. are subsidiaries of Alliance Data Systems Corporation.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

|  | **YES** | **X** | **NO** |

If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

Not applicable.

Respectfully submitted,

*/s/ Thomas M.L. Metzger*
Thomas M.L. Metzger, Esq.  (0059694)
Littler Mendelson, P.C.
21 East State Street, Suite 1600
Columbus, Ohio  43215
Telephone:    614.463.4201
Facsimile:    614.221.3301
*Attorney for Plaintiff Alliance Data Systems Corporation*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 10th day of March, 2010, a copy of the foregoing was filed via the electronic filing system.

                         */s/ Thomas M.L. Metzger*
                         An Attorney for Plaintiff Alliance Data Systems Corporation

Firmwide:94520688.1 028529.1044
3/10/10